IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| ANDREW ALLEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 5:18-CV-520-FL |
| ATLAS BOXING AND CRATING, | ) | |
| Defendant. | ) | |

| ANDREW ALLEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 5:18-CV-521-FL |
| ALL IN ONE STAFFING, | ) | |
| Defendant. | ) | |

**ORDER**

These matters are before the court on memoranda and recommendations (M&R) by United States Magistrate Judge recommending that the court deny plaintiff's motions for leave to proceed in forma pauperis (DE 1). Also before the court are plaintiff's motions for extension of time in which to pay filing fee (DE 5). Pursuant to Federal Rule of Civil Procedure 42, where the actions involve common questions of law and fact, the court hereby CONSOLIDATES in all respects the matters into one case, designating case No. 5:18-CV-520-FL as the repository for filings in the

consolidated case. The clerk is DIRECTED to re-file in case No. 5:18-CV-520-FL all the filings made previously in case No. 5:18-CV-521-FL, terminate motions therein as duplicitous, and then to CLOSE the case file in case No. 5:18-CV-521-FL. In case No. 5:18-CV-520-FL, the court GRANTS plaintiff's motion for extension of time to pay the filing fee. Plaintiff is DIRECTED to pay a single filing fee for the consolidated case No. 5:18-CV-521-FL, on or before **December 13, 2018,** and thereafter make all filings only in this consolidated case No. 5:18-CV-520-FL.

SO ORDERED, this the 29th day of November, 2018.

LOUISE W. FLANAGAN
United States District Judge