RECEIVED
NOV 0 1 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

FILED
DEC 1 7 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

Andrew Allen
1429 S Wilmington St
Raleigh, NC 27603
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

ATLAS Boxing AND crating
223 Worcester Providence Turnpike
Sutton, MA 01590

_____)
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 5:18-CV-520-FL
(To be assigned
by the Clerk of
District Court)

COMPLAINT

1. Plaintiff resides at 1429 S Wilmington St Raleigh, NC 27603

1

2. Defendant(s) name(s): **Atlas Boxing And Crating**

Location of principal office(s) of the named defendant(s):
**3829 Miami Blvd Durham, N.C. 27703**

Nature of defendant(s) business: **The Company makes Boxes and Crate, they also Deliver the materials**

Approximate number of individuals employed by defendant:
**25 plus people are employed by the company**

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) _____ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) ✓ Other acts as specified below:

2

Case 5:18-cv-00520-FL   Document 13   Filed 12/17/18   Page 2 of 12

I was treated unfairly at work and really was refered to as the "N" word

5. Plaintiff is:

   (A) \_\_\_\_\_ presently employed by the defendant.

   (B) \_\_✓\_\_ not presently employed by the defendant.

   The dates of employment were 12/12/17 - 3/2/18.

   Employment was terminated because:

   (1) \_\_\_\_\_ plaintiff was discharged.

   (2) \_\_\_\_\_ plaintiff was laid off.

   (3) \_\_\_\_\_ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) \_\_✓\_\_ my race.

   (B) \_\_\_\_\_ my religion.

   (C) \_\_\_\_\_ my sex.

3

(D) _____ my national origin.

(E) _____ other as specified below:

_____

_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

Derrick (LNU), B/M, Supervisor
Johnny (LNU) W/M, Manager
Dexter (LNU) B/M, Employee

8. The alleged discrimination occurred on or about 2/16/18 AT 3829 MIAMI BLVD. Durham, NC,

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

I was an excellent worker and they denied me of my training and called me a (the "N" word).

4

_____
_____
_____
_____
_____
_____
_____
_____
_____

10. The alleged illegal activity took place at: _3829 Miami Blvd, Morrisville, NC. 27703 - Durham._

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about _June 4, 2018_. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _August 23, 2018_.

12. I seek the following relief:

    (A) _____ recovery of back pay;

    (B) _____ reinstatement to my former job;

    (C) _✓_ trial by jury on all issues so triable;

and any other relief as may be appropriate, including

5

injunctive orders, damages, costs and attorney's fees.

10/31/18
Date

*(Signature of Plaintiff)*

1429 S. Wilmington St.
Raleigh NC 27603
919.637.9605
Address and Phone Number of Plaintiff

RECEIVED
NOV 01 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

FILED
DEC 17 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

__WESTERN__ DIVISION

Andrew Allen )
1429 S Wilmington St )
Raleigh, NC 27603 )
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

All In One Staffing )
1911 Hillandale Rd #1210 )
Durham, NC 27705 )

_____ )
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 5:18-CV-520-FL
(To be assigned
by the Clerk of
District Court)

**COMPLAINT**

1. Plaintiff resides at 1429 S Wilmington St Raleigh, NC 27603

1

2. Defendant(s) name(s): All In One Staffing

Location of principal office(s) of the named defendant(s):
1911 Hillandale Rd #1210
Durham, NC 27705

Nature of defendant(s) business: Temporary Staffing Employer

Approximate number of individuals employed by defendant:
15+

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

(A) _____ Failure to employ me.

(B) ✓ Termination of my employment.

(C) _____ Failure to promote me.

(D) _____ Other acts as specified below:

2

_____
____I_____
_____
_____
_____
_____
_____
_____
_____

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) \_\_✓\_\_ not presently employed by the defendant.

   The dates of employment were _12-12-17 To 3-2-18._

   Employment was terminated because:

     (1) _____ plaintiff was discharged.

     (2) _____ plaintiff was laid off.

     (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) _____ my race.

   (B) _____ my religion.

   (C) _____ my sex.

(D) _____ my national origin.

(E) _✓_ other as specified below:

WRONGFUL TERMINATION,

_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

Rhonda (LNU) W/F, Staff Placement Specialist

_____

_____

_____

_____

_____

8. The alleged discrimination occurred on or about: 3/2/18

_____

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

Rhonda terminated me for no reason. I gave 100 percent. I was given no training, which I know how to use a computer to do the work, but they never let me do the work. I was wrongfully terminated.

_____

_____

_____

_____

_____

_____

_____

_____

_____

10. The alleged illegal activity took place at: _____

_____

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about __5/27/2018__. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on __August 23, 2018__.

12. I seek the following relief:

    (A) _____ recovery of back pay;

    (B) _____ reinstatement to my former job;

    (C) _____ trial by jury on all issues so triable;

and any other relief as may be appropriate, including

5

injunctive orders, damages, costs and attorney's fees.

10/31/18
Date

Signature of Plaintiff

1429 S. Wilmington St.
Raleigh, N.C. 27603
919.637.9605
Address and Phone Number of Plaintiff

6

Case 5:18-cv-00520-FL   Document 13   Filed 12/17/18   Page 12 of 12