I. Starting on or about March 1, 2018, I was racially harassed, and on March 3, 2018, my assignment as a Material Handler at Respondents client was terminated. I started my assignment on or about December 13, 2018. Respondent employs more than fifteen (15) persons. II. Sometime in February 2018, Johnny LNU (Hispanic), Manager with Atlas Boxing and Crating Co., Inc (ABC), Respondents client, called me into his office for an evaluation stating that I did not know how to use the computer. I explained to Johnny that Derrick (Black), Supervisor with ABC, had not trained me on the use the computer. Johnny said that he would figure out what to do with me upon his return from vacation. Upon Johnnys return from vacation, a week and half or so later, I could hear him, in the spam of two days, use the word nigger three separate times on the floor; I believe the slur was directed at me. On March 2, 2018, Derrick told me that I did not have to work the following day. On March 3, 2018, Rhonda LNU (White), Staffing Specialist, called me and said that ABC did not want me to return to my assignment because I did not know how to use the computer. Respondent has not assigned me any work at any of its other clients. III. I believe that I have been discriminated against because of my race (Black) in violation of Title VII of the Civil Rights Act of 1964, as amended.