UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANDREW ALLEN, )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 ) No. 5:18-CV-520-FL
ATLAS BOX AND CRATING CO, INC. )
and ALL-IN-ONE STAFFING, LLC )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions for summary judgment and plaintiff's motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 10, 2020, and for the reasons set forth more specifically therein, that defendants' motions for summary judgment are granted.

**This Judgment Filed and Entered on August 10, 2020, and Copies To:**
Andrew Allen (via US mail at 2534 Lake Wheeler Road, Apt 210, Raleigh, NC 27603.)
Paul Holscher (via CM/ECF Notice of Electronic Filing)
Benjamin Tyler McLawhorn/ Philip W. Paine (via CM/ECF Notice of Electronic Filing)

August 10, 2020                PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk